United States District Court
for the
District of New Mexico

Page 1

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 0 3 2021

MITCHELL R. ELFERS
CLERK /mn

Benjamin Hinds
  Plaintiff

V

Carolyn Barela, et, al.
  Defendant

Civil Action No.
CV-20-01011 MV/JFR

## Motion: Default Judgment

Comes now, Plaintiff Benjamin Hinds in in Prose Respectfully requesting this court to grant this motion for Default Judgment against all Defendants listed. In support of this motion Plaintiff states the following.

1.) On October 2nd 2020 the Plaintiff filed a Prisoner's civil rights complaint against the above named defendants. Stating claims of civil rights violations. Claim 1: Cruel and unusal Punishment of rights secured in the 14th amendment Due Process Clause by way of the 8th amendment. Claim 2: Deliberate indifference, negligence, Negligent supervision. Claim 3: Deprivation of civil rights under 42 U.S.C 1983 by the above named defendants under the 8th and 14th amendment.

2.) On October 2nd 2020 Plaintiff filed motion of financial affidavit to Process in forma Pauperis

3.) On October 2nd 2020 Plaintiff filed motion for appointment of counsel.

4.) On October 6th 2020 Plaintiff recived second order to cure Deficiency.

5.) On October 19th 2020 Plaintiff corrected financial affidavit with inmate acount statement.

6.) On November 2nd 2020 Defendants and defendants attorney signed waiver of the service of summons and in doing so acknoleged that they must file and serve an answer or a motion under Rule 12 within 60 days From 11/02/2020, the date when this request was sent. If Defendants failed to do so, a default Judgment will be entered against Defendants and defendants attorney.

It's for all the reasons outlined in this motion that I ask this court to grant this motion for Default Judgment and find in favor of Plaintiff and grant relief of all charges outlined in the original complaint. See (Doc.1)

Respectfully
Submitted
X Benjamin Hinds 1/29/2021

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that a copy of the foregoing pleading document was mailed to:

__United States District court__ at
__District of New Mexico__ and
__333 Lomas Blvd, N.W. Suite 270__ at
__Albuquerque, New Mexico__ and
__87102__.

On the __29th__ day of __January__, 20__21__.

_Benjamin Hinds_
Signature
__6900 W. Millen Drive__
(Address)
__Hobbs NM__
__88244__

## VERIFICATION

I, __Benjamin Hinds__, under penalty of perjury under the laws of the State of New Mexico state that the information contained therein is true and correct to the best of my knowledge

_Benjamin Hinds_
Signature, Pro Se

Benjamin Hinds #874494
6900 W. Millen drive
Hobbs NM
88244

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 03 2021
MITCHELL R. ELFERS
CLERK

Legal Mail

United States District Court
District of New Mexico
Office of the Clerk
333 Lomas Blvd N.W.
Suite 270
Albuquerque, NM 87102

FIRST-CLASS MAIL
$000.51
ZIP 88244
011E11661499