the united States District court
for the District of new mexico

Benjamin Hinds
    Plaintiff

Case No. CV-20-01011 MV/JFR

Carolyn Barela, et al.,
    Defendants

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 07 2021
MITCHELL R. ELFERS
CLERK

motion: for 30 day time extention to make Payment.

Comes now, Plaintiff Benjamin Hinds in Pro se, respectfully requesting a 30 day extention to make Payments. In support of this motion Plaintiff Does state the following;

1.) Plaintiff was unable to make Payment for the month of may Due to state pay from the Prison Being cut in Half the Plaintiff needed Hygiene.

2.) Plaintiff respectfully requests the court grant the motion for extention

Benjamin Hinds #87494
6900 W. Millen Drive Hobbs. NM
88244

Respectfully
Submitted
Benjamin Hinds
Benjamin Hinds

I hereby certify that a copy of the foregoing Document was mailed to:

the United States District Court for the District of New Mexico
333 Lomas Blvd N.W. Suite 270
Albuquerque, New Mexico
87102

on the 28th day of May 2021

Benjamin Hinds
Signature
6900 W. Millen Drive Hobbs NM
88244

## Verification

I Benjamin Hinds, under penalty of perjury under the laws of the state of New Mexico state that the information contained therein is true and correct to the best of my knowlege

Benjamin Hinds
Signature, Pro Se

Benjamin Hinds
3900 W. Millen Drive
Hobbs NM
88244

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 07 2021

MITCHELL R. ELFERS
CLERK

Legal

the United States District
Court for the District of New
Mexico

333 Lomas Blvd N.W Suite 270
Albuquerque NM
87102-2274