In the United States District Court for the district of New Mexico

Benjamin Hinds #87494
   Plaintiff

Carolyn Barela et, al,
   Defendants

Civil action no.
20 cv-1011 MV/JFR

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 07 2021
MITCHELL R. ELFERS
CLERK

## Motion: Summary Judgment

Comes now, Plaintiff Benjamin Hinds in Pro se, respectfully requesting this court to grant this motion for summary Judgement. In support of this motion the Plaintiff states the following:

1.) On or about October 2nd 2020 Plaintiff filed a Prisoners Civil rights complaint against the above named defendants, stating claims of civil rights violations. Claim 1: Cruel and unusual Punishment of rights secured in the 14th amendment Due Process clause By way of the 8th amendment. Claim 2: Deliberate indifference, negligence, negligent supervision. Claim 3: Deprivation of civil rights under 42 U.S.C 1983 By the above named defendants under the 8th and 14th amendment.

2.) On October 2nd 2020 Plaintiff filed motion of financial affidavit to process in forma Pauperis.

3.) On October 2nd 2020 Plaintiff filed motion for appointment of counsel.

4.) On October 6th 2020 Plaintiff recieved second order to cure Deficiency.

5.) On October 19th Plaintiff corrected financial affidavit with inmate account statement.

6.) On November 2nd 2020 defendants and defendants attorney signed waiver of service of summons and in doing so acknoleged that they "must" file and serve an answer or a motion under rule 12 within 60 days from 11/02/2020, "the date when this request was sent". If Defendants failed to do so, a default Judgment will be entered against Defendants and defendants attorney.

7.) On February 19th 2021 Plaintiff filed an amended verified civil rights complaint.

8.) On February 19th 2021 Plaintiff answered Defendants response to Plaintiffs motion for Default Judgement

9.) On March 11th 2021 Plaintiff responded to defendants notice of errate.

10.) Plaintiff respectfully requests this court enter a order of all relief requested in complaint as a result of the defendants failure to adhear to the conditions laid out in waiver of service of summons which clearly states "I also understand that I, or the entity I represent, must file or serve an answer or a motion under rule 12 within 60 days from 11/02/2020, the date when this request was sent. if I fail to do so, a Default Judgment will Be entered against me or the entity I represent". In all fairness this Document was created By the defendants and should Be Honered.

11.) it is for all the reasons outlined in this motion that the Plaintiff respectfully requests this motion for Summory Judgement and that all releifs outlined in the complaint Be granted.

Benjamin Hinds #87494
6900 W. Millen Drive
Hobbs NM 88244

Respectfully
Submitted
Benjamin Hinds
*Benjamin Hinds*

I hereby certify that a copy of the foregoing Document was mailed to:

the United States District Court for the District of New Mexico
333 Lomas Blvd NW Suite 270
Albuquerque New Mexico
87102

on the 31st Day of May

Benjamin Hinds

6900 W. Millen Drive
Hobbs NM
88244

## Verification

I Benjamin Hinds under Penalty of Perjury under Laws of the state of New Mexico State that the information contained therein is true and correct to the best of my knowledge.

Benjamin Hinds
Signature Pro Se

Benjamin Hinds #87494
6100 W millen Drive
Hobbs NM
88244

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 07 2021

MITCHELL R. ELFERS
CLERK

LEGAL MAIL

the united states district
court for the district of
new mexico
333 Lomas Blvd NW
Suite 270

87102

FIRST-CLASS MAIL
Hasler
05/01/2021
US POSTAGE $000.51
ZIP 88244
011E11681499